HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GERARDO ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-103-KES |
| Plaintiff, | ***UNOPPOSED*** MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| GERARDO ANGELES, | Hon. Kirk E. Sherriff |
| Defendant. | |

Gerardo Angeles hereby moves this Court for an order terminating his term of supervised release at this time. Undersigned counsel has conferred with Mr. Angeles's assigned United States Probation Officer, Marissa Frazure, as well as with counsel for the government, Assistant United States Attorney Nicholas Karp, and neither Probation nor the government is opposed to this request.

Title 18, United States Code, Section 3583(e) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3583(e)); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

On November 18, 2024, the Southern District of California sentenced Mr. Angeles to 2 months of imprisonment in the bureau of prisons custody, followed by 2 years of supervised release, following his guilty plea to a violation of 8 U.S.C. § 1324(a)(1)(A)(ii) – transportation of certain aliens. *See*, Case No. 24-cr-0407-W, Doc. 55 (Cal. Southern, November 18, 2024). Mr. Angeles was released from the Bureau of Prisons and began serving his term of supervised release on February 14, 2025. On February 25, 2025, Mr. Angeles tested positive for marijuana; he admitted to using a vape pen for mental health issues. His probation officer enrolled him in outpatient treatment services and drug testing at that time, and Mr. Angeles has not tested positive thereafter. *Id*., Doc. 59. On May 20, 2025, Mr. Angeles's case was transferred to the Eastern District of California. *Id*., Doc. 60. Earlier this year, he was transferred to the low-supervision caseload, as he has had no subsequent violations and requires no ongoing services from the U.S. Probation Office.

On April 20, 2026, undersigned defense counsel reached out to Mr. Angeles's Probation Officer, Marissa Frazure, for her position on a motion for early termination of supervised release. Officer Frazure advised that Mr. Angeles needed to submit his probation report from the prior month and that once that was finished, probation would have no objection to early termination. That same day, Mr. Angeles submitted the March supervision report to Officer Frazure.

On April 27, 2026, Assistant United States Attorney Nicholas Karp also responded regarding the government's position on early termination. Mr. Karp advised that, after conferring with the probation office, the government has "no objection to early termination of supervision for Mr. Angeles."

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Angeles and is in the interests of justice.

//

Angeles - Unopposed Motion for Early
Termination of Supervised Release

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 22, 2026

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
GERARDO ANGELES

Angeles - Unopposed Motion for Early
Termination of Supervised Release

3

# O R D E R

The motion for early termination of supervised release is GRANTED.  Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Gerardo Angeles's term of supervised release, effective immediately.


IT IS SO ORDERED.

Dated:    June 23, 2026

_____
UNITED STATES DISTRICT JUDGE

Angeles - Unopposed Motion for Early
Termination of Supervised Release